

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2015

No. 04-15-00288-CV

Eduardo **BENAVIDES,**
Appellant

v.

Julia **BENNETT,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

# O R D E R

The reporter's record was originally due on June 5, 2015. One of the court reporters responsible for preparing, certifying, and filing the record, Craig Carter, filed his record on June 16, 2015. However, Rhonda Hogan, another court reporter responsible for preparing, certifying, and filing the record, has filed a Notification of Late Record, stating that the reporter's record has not been filed because appellant has not contacted her to prepare the record.

If appellant desires a reporter's record from Ms. Hogan, he is hereby ORDERED to (1) request in writing, no later than July 10, 2015, that a reporter's record be prepared and (2) designate in writing, no later than July 10, 2015, the exhibits and those portions of the record to be included in the reporter's record. *Id.* Appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than July 10, 2015.

It is also ORDERED that appellant provide written proof to this court no later than July 10, 2015 that either (1) Ms. Hogan's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record from Ms. Hogan for a decision. *See* Tex. R. App. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2015.

Keith E. Hottle
Clerk of Court